No. 6308.—Maisonave, apldo., v. Domenech y MacLeod, Tesorero y Auditor de P. R., respectivamente, apltes. C. D. San Juan. ▬▬▬▬▬▬ Mayo 9, 1933.

(Por la Corte, a propuesta del Juez Presidente Sr. del Toro.)

A la moción de reinstalación de la parte apelante, apareciendo que se trata de una sentencia dictada el 18 de enero de este año, habiéndose archivado la transcripción en marzo 17 último y el alegato el 20 de abril, no obstante la oposición de la parte apelada, el Tribunal en el ejercicio de su discreción estimando que el error cometido es excusable, deja sin efecto su resolución de abril 25 último

desestimando el recurso, permite la radicación del alegato fuera de término y señala la vista de la apelación para junio 1, 1933, a las 2 p. m.